**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

HENRY L. IVY
REG. #04738-045                                                                                                PETITIONER

VS.                                    2:05CV00266 WRW/JTR

LINDA W. SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                          RESPONDENT

**ORDER**

Petitioner, who is currently incarcerated at the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and has paid the $5.00 filing fee. (Docket entry #1.) The Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 27th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE