IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

HENRY L. IVY
REG. #04738-045                                                                                    PETITIONER

VS.                                    2:05CV00266 JTR

LINDA SANDERS;
Warden, FCI Forrest City                                                                      RESPONDENT

**JUDGMENT**

Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 30th day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE